Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Avenue   Lubbock, TX 79424
(806) 748-1980 Phone    (806) 748-1956 Fax

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

CHERYL ANN SMITH

CASE NO. 10-70015-HDH-13

| | |
|---|---|
| AKA1: | AKA2: |
| DBA1: | DBA2: |
| SS#1: xxx-xx- 7533 | SS#2: |

## REPORT OF 341 MEETING

I. 341 MEETING REPORT:

   A. Orig. Date:   2/9/2010   Orig. Time:   1:00 PM        Reset Date:            Reset Time:

   B. Meeting Results:   Adjourned

   C. Debtor(s):   Debtor 1 Appeared

   D. Attorney for Debtor(s):   Appeared

   E. Creditor Appearance:   None

   F. Amount Paid to the Trustee as of   2/9/2010   $0.00   First Payment Due Date:   2/13/2010

   G. File Trustee's Motion to Dismiss because

   H. B22C Information:   B22C Form is:   Complete

      Budgeted Income:   $2,060.19   Expense:   $1,818.19   Surplus:   $242.00

      Plan Payment:   $242.00 Monthly                              Plan Term(Months):   54

   I. Value of Non-Exempt Property:   $0.00   Proposed Amount to Unsecured Creditors:   $0.00

      ___ Objection to Exemption of:

      ___ Repeat Filing (If case dismissed, it should be with prejudice)   Previous Case Numbers:

      ___ Object to Invoke Stay Pleading

      ___ Case Converted from Chapter 7, Bar Date Set:   5/10/2010   Date Converted from Chapter 7:

   J. Required Information:   Good

   K. Business Information:

   L. Object to Confirmation:   Yes

      Aurora's $5,196.94 secured claim for arrears needs treatment
      Feasibility until Aurora's $5,196.94 secured claim is treated

   M. Financial Management Class:   Debtor 1 Appeared

   N. Eligibility:

      Certificate of Credit Counseling Filed:   Debtor 1

      Credit Counseling Provider Approved:                                    Yes

      Debt Limits Exceeded (Secured-$1,010,650; Unsecured-$336,900):   No

   O. Domestic Support Obligation:   $0.00   Current:         Arrears:   $0.00

      Affidavit and Disclosure of Domestic Support Obligations Received:   Yes

   P. Remarks:   Questions
         -Aurora's $5,196.94 secured claim for arrears needs treatment
      Objections
         -Aurora's $5,196.94 secured claim for arrears needs treatment
         -Feasibility until Aurora's $5,196.94 secured claim is treated

Dated:   2/9/2010                                                   /s/ Walter O'Cheskey
                                                                    Standing Bankruptcy Trustee
                                                                    By:   Brent Hagen

| | | | | | |
|---|---|---|---|---|---|
| **Case Number:** | | 10-70015 | | | |
| **Debtor:** | | **Smith** | | | |
| **Attorney:** | | **MJW** | | | |
| **Presiding Officer:** | | **Brent Hagan** | | | |
| **Calculation Date:** | | | | | 2/9/2010 9:40 |

| Domestic Support   Input name from Plan | Arrears<br>Enter amount from Plan | Int. Rate<br>Enter from Plan | Term<br>Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |

| Secured Creditor/Collateral Input name from Plan | Value/Claim Amount<br>Enter amount from Plan | Int. Rate<br>Enter from Plan | Term<br>Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| Wells Fargo | $7,239.89 | 9.00% | 54 | $163.54 | $8,831.41 |
| Aurora - $5,196.94 not provided for | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |

| Priority Creditor   Input name from Plan | Value/Claim Amount<br>Enter amount from Plan | | Term<br>Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |

| | | |
|---|---|---|
| **Attorney Fees   Paid Through the Plan** | $2,699.00 | $2,699.00 |
| **Noticing Fees** | $60.16 | $60.16 |
| **Clerk Filing Fees** | $0.00 | $0.00 |

| | | | |
|---|---|---|---|
| **Hardacre Minimum** | **$0.00** | <-------------- | |
| Chapter 7 Minimum (Gross) | $0.00 | | |
| Less Trustee Fees | $0.00 | | |
| Less Attorney Fees | $2,699.00 | | |
| Less Noticing Fees | $60.16 | Greater Of ---------> | $0.00 |
| Less Clerk Filing Fees | $0.00 | | |
| Less Scheduled Priority Claims | $0.00 | | |
| Less Other (Explain Below) | $0.00 | | |
| **Chapter 7 Minimum (Net)** | **$0.00** | <-------------- | |

| | |
|---|---|
| **Total Scheduled General Unsecured Claims (Limits Greater of Hardacre or Chapter 7 Minimum)** | $20,200.00 |

| | |
|---|---|
| Calculated Base (Admin, Secured, Priority, DSO, Lower of Minimum or Sched U/S & Trustee Fee) | $12,871.72 |
| Debtor Plan Base (Monthly Payment X Term) | $13,068.00 |
| Surplus (Debtor Plan Base - Calculated Base) | **$196.28** |

**Comments:**

| | | |
|---|---|---|
| **Case Number:** | | 0 |
| **Debtor:** | | 0 |
| **Attorney:** | | 0 |
| **Presiding Officer:** | | 0 |
| **Calculation Date:** | | **2/9/2010 9:40** |

| | | |
|---|---|---|
| **Schedule I Gross Income** | | $0.00 |
| **Less Line 57 B22C** | | $0.00 |
| | | |
| **Adjustments (Enter as positive to add, negative to subtract)** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Adjustment out | | $0.00 |
| | | |
| **Month Disposable Income Available** | | $0.00 |
| **Multiplier** | | 60 |
| **Minimum to Unsecureds** | | **$0.00** |

**Comments:**

Version 1.02 Last Revised: 11/26/2007