

**U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**TAWANA C. MARSHALL, CLERK**
**THE DATE OF ENTRY IS**
**ON THE COURT'S DOCKET**



**The following constitutes the ruling of the court and has the force and effect therein described.**

_____
**United States Bankruptcy Judge**

**Signed October 11, 2011**

___

MTDZ 0013.000750I

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**WICHITA FALLS DIVISION**

IN RE:
**CHERYL ANN SMITH**                    CASE NO: 10-70015-HDH-13
                                        DATED: October 7, 2011
                                        HEARING DATE: August 24, 2011

___

**ORDER DISMISSING CASE PURSUANT TO INTERLOCUTORY ORDER**
___

   Pursuant to the Interlocutory Order entered on AUGUST 29, 2011 providing that, if the above Debtor(s) does/do not BEGIN ADDITIONAL PAYMENTS OF $196.00 AND RESUME REGULAR PAYMENTS SEPTEMBER 13, 2011, the case would be Dismissed without further notice to the Debtor(s). Debtor(s) has/have failed to COMPLY WITH THE INTERLOCUTORY ORDER.

   It is therefore ORDERED that the above styled and numbered case is hereby DISMISSED.

   It is further ORDERED that above styled and numbered case will be CLOSED twenty-one (21) days after the entry of this Order of Dismissal provided that it is a single debtor case or a joint debtor case and both debtors are being dismissed.

# # # End of Order # # #

  /s/  Walter O'Cheskey
Walter O'Cheskey, Chapter 13 Trustee
6308 Iola Avenue,
Lubbock TX 79424